**EXHIBIT A:**
**PLAINTIFFS' ORIGINAL AND EXCLUSIVE WORKS**

**United King Film Distribution Ltd.**, available on http://www.unitedking.co.il/Movies/All_English

**DBS Satellite Services (1998) Ltd. [YES],** available on http://www.yes.co.il/

**HOT – Communication Systems Ltd.  [HOT]**, available on http://www.hot.net.il/heb/Main/

**Charlton Ltd. [Sport 1, 2,3, 4]**,  some of its content available on: https://sport1.maariv.co.il/vod/

**Reshet Media Ltd. [Channel 13]**, available on https://13tv.co.il/vod/

**Keshet Broadcasting Ltd [Channel 12]**, available on  http://www.mako.co.il/mako-vod?Partner=footerLinks

**The Plaintiffs and Their Copyrights**

1. **United King Film Distribution (199) Ltd ("United King")** is the leading producer of films in Israel.  United King owns the copyright in hundreds of original productions including but not limited to the following: *Spider in the Net; The Institution; Alex Is Sick Of Love; Arbinka; Matriculation Examination; The Orchestra Visit; Halfon Hill Does Not Answer; Beaufort; The Arrangement; The Inner Grammar; The End Of the World To the Left; Shlomi's Stars; The Band; Tito Unemployed; The Return From India; This Is Sodom; Lebanon; Walk On the Water; Behind Bars; Metallic Blues; Peeps; Noodle; Snooker Celebration;* and *Charlie And A Half.*

   In addition, United King is the sole distributor in Israel of a large number of cinematic productions as well as foreign film productions, for which it has also been granted the exclusive rights to transmit and distribute in Israel, and to translate the works into Hebrew and some also into Russian and Arabic, solely for distribution and broadcast in Israel, including the following: *Brahms: The Boy 2;  Ophelia; Zoe1; Official Secrets; Can You Keep A Secret; The Professor and the Madman; Asterix: The Secret of the Magic Potion; Rambo V: Last Blood; The Butler; Angel Has Fallen;  Troll: the Tale of a Tail; Scary Stories to Tell in the Dark; The Hummingbird Project; Escape Plan 3; Mumbai Hotel; Domino; Extremely Wicked, Shockingly Evil and Vile;  Hellboy: Rise Of the Blood Queen; Dragged Across Concrete; Joint Custody; Close; Replicas; The Gentlemen (*a/k/a *Tough Guys); A Hidden Life (*a/k/a *Radegund the Turning; Serial Bad Weddings 2; Drunk Parents; Driven  Midway; A Dog's Journey; A Private War; Long Shot; Serenity; Inconceivable; Backtrace; Submergence; 1917; Red Shoes and the Seven Dwarves; Teen Spirit; Mia and the White Lion; First Kill; Skin; Amazing Grace; Red Joan; After; Fahrenheit 451; 9/11; A Hidden Life (*a/k/a *Radegund); Summit – Twilight Saga; Point Break; Now You See Me; Red; Red 2; Sierra; Whiplash; The Call; Mister Smith; Walk Among the Tombstones; Danny Collins, The Water Diviner; Annapurna; American Hustle; Kill Your Darlings; Red Grabite;* and *The Wolf of Wall Street*

2. **DBS Satellite Services (1998) Ltd. ("YES") is the only satellite television service in** Israel and is the owner of local broadcasting channels, on which it distributes or shares in the distribution of series, movies, documentaries, including the following YES MOVIES DRAMA; YES MOVIES ACTION; YES MOVIES COMEDY; YES ISRAELI; YES TV DRAMA; YES TV ACTION; YES TV COMEDY; YES DOCO (for documentaries). YES is also the owner of the copyright in hundreds of local productions which produces or is a production partner in series, films, documentaries, and other works. These productions include the following *Fauda; The Dubbed; The Bosgloss; Just for Today; Angel's Mother; My Successful Sisters; Your Honor; TAG; Good Cop; Knitted; Blue*

*Natalie; The Office; Lost in Africa; Judah Goes to War; On the Way Home; Israeli Wedding; Lives in LALA Land; Pink Time; Ukraine Brides; Worst Society in the World; Google Baby; For the Flamenco; Mama Says; On the Way Up;* and *The Prisoner.*

YES also owns the exclusive rights to distribute and transmit in Israel the following international content for which it has also been granted the exclusive rights to transmit and distribute in Israel, and to translate the works into Hebrew: *Jane the Virgin; Bloodline; Marvel's Agent Carter; Outlander Part 2; Game Of Thrones 5; Vikings 3; The Missing; Silicon Valley 2; Veep 4; Cucumber; Banana; Sirens 2; Hot in Cleveland 6; Happy Valley; Louie 5; Mistresses; Salem 2; Castle; Mount Pleasant; Black List; Person of Interest; The Big Bang Theory8; Grey's Anatomy; Rocky Blue; Modern Family; Black-ish; Fresh boat of the Sea;* and *Two and a Half Men.*

3. **Hot Communications Systems Ltd ("HOT")** is the only cable broadcasting provider in Israel and has original broadcasting channels, (including: HOT3; HOT HBO; HOT ZONE; HOT COMEDY CENTRAL; HOT ISRAELI ENTERTAINMENT; CHANNEL 8; HOT REAL; HOT VOD CINEMA; HOT CINEMA 1; HOT CINEMA 2; HOT CINEMA 3; HOT CINEMA 4). HOT produces or invests, and owns the copyright in, original Israeli productions, including the following: *Shababniks; Forabar; Appendix; Kingship; Kibbutzniks; Dumb Virgins; Zagori Empire; Connected +; We are the map; Very Important Man; Aspor; Connected; The Switch; Prime Minister's Children; Wedding Season; Hasamba Generation 3; REDBAND; Scavengers; What the Bachelor Needs; Land; Smoke Transfers; Exposed; Rinat Vivio;* and *Split.*

   HOT also owns the exclusive rights to transmit and distribute in Israel, and to translate into Hebrew the following international content for which it has also been granted the exclusive rights to transmit, distribute and translate the works into Hebrew: *Mad Men Season 7; American Crime; The Killer Guide; Scandal Season 4; Revenge Season 4; Kingdom; Sister Jackie 7; House of Lies 4; Young Wolf; Vampire Diaries; Little Liars; Shameless; Broadchurch; The Staff; Choose Me; Sensitive Skin; Musketeers; Respectful Woman On the Field;* and *Getting Married.*

4. **Charlton Ltd** broadcasts sports events from Israel and the world on four channels: Sport 1, Sport 2, Sport 3 and Sport 4. Charlton's sports channels broadcast the following live football (soccer) events: the Premier League, the English League, the Second English League, the German League, the Russian League, the Belgian League, the Dutch League, the Greek League, the Portuguese Football League, the Argentine League, the Brazilian League, the European League, the Second Spanish Football League, the English Cup, the English League Cup, the Italian Cup, the Spanish Cup, the German Cup and the French Cup. In the field of basketball, Charlton broadcasts games from the Spanish League, the Greek League, the Russian League, The Eurocup and The Spanish Cup. The channel also broadcasts the German Handball League, the Champions League in Handball, WWE, Dog Fights, Diamond League, national team games, preparatory tournaments, friendly matches and other sports such as athletics, beach soccer, beach volleyball, handball, volleyball, judo, boxing and tennis.

5. **Reshet Media Ltd.** ("**Reshet**") is the owner of Channel 13 and News 13. Reshet is a partner and copyright owner of hundreds of original productions, including the following: *Hisardot; Hach Agadol; Shnot Ha-80; Hermon; Hakol Holech; Chaverot; X Factor Israel; Hmerotz Iamillion; Mitschakey Hashef; The Voice Israel; The Wall; Echad Neged Meha; Echad Haam Hechad; Orna bli Datz; Aviva Haovati; Atzel Segev Bamitbach; Betipul; Beshidor Choker; Gomrot Veolchot; Hesder; Hachim Tze Lo Hakol; Hachamishya Hakamerit; Hakol Dvash; Cheder Milchamma; Calabotech; Klavim Lo Novchim Beyarok;*

  *Kapiuot; Lalchet Al Hamayeim; Mahdorat Hashevet; Masaot James Beheretz Hakodesh; Mishpacha Choreget; Mishpach Choreget; Mitzchak Machor; Rokdim Im Kochavim;* and *Tzchok Meavoda*.

6. **Keshet Broadcasting Ltd**. (**Keshet**) is a copyright owner of hundreds of original productions including *Homeland; Eretz Nehederet; Big Brother; A Star Is Born; Kidnapped; Arranged; Traffic Lights; Polishuk; House Arrest; See You; Jerusalem Mixed Grill; Arab Labor; Sabri Maranan; Fact;* and *Super Nanny*.