# EXHIBIT B

**PLAINITIFFS' U.S.-REGISTERED COPYRIGHTS**

| | | | | |
|---|---|---|---|---|
| | D.B.S. Satellite Services (1998) Ltd. (also known as YES) | The Good Cop - television series | V9957 D190 P1 | 2018 |
| | | | | |
| ☐ | KESHET BROADCASTING INTERNATIONAL LTD. | OUR BOYS : 101, CHAPTER 1: OUT OF THE DEPTH, I CRY TO YOU. | PA0002249971 | 2019 |
| ☐ | KESHET BROADCASTING INTERNATIONAL LTD. | OUR BOYS : CHAPTER 10 : 110, A SHAFT INTO A DARK TUNNEL. | PA0002250633 | 2019 |
| ☐ | KESHET BROADCASTING INTERNATIONAL LTD. | OUR BOYS : CHAPTER 2 : 102, I LOVE TOTO. | PA0002250624 | 2019 |
| ☐ | KESHET BROADCASTING INTERNATIONAL LTD. | OUR BOYS : CHAPTER 3 : 103, TWO PACKS OF RED NEXT. | PA0002250625 | 2019 |
| ☐ | KESHET BROADCASTING INTERNATIONAL LTD. | OUR BOYS : CHAPTER 4 : 104, THE DAWN MARTYR. | PA0002250626 | 2019 |
| ☐ | KESHET BROADCASTING INTERNATIONAL LTD. | OUR BOYS : CHAPTER 5 : 105, SHABBAT SHALOM. | PA0002250628 | 2019 |
| ☐ | KESHET BROADCASTING INTERNATIONAL LTD. | OUR BOYS : CHAPTER 6 : 106, ACCEPTANCE OF SILENCE. | PA0002250629 | 2019 |
| ☐ | KESHET BROADCASTING INTERNATIONAL LTD. | OUR BOYS : CHAPTER 7 : 107, JUDGING BY ITS END. | PA0002250630 | 2019 |
| ☐ | KESHET BROADCASTING INTERNATIONAL LTD. | OUR BOYS : CHAPTER 8 : 108, DEFENDANTS 2 AND 3. | PA0002250631 | 2019 |
| ☐ | KESHET BROADCASTING INTERNATIONAL LTD. | OUR BOYS : CHAPTER 9 : 109, THE PERFUMER AND TANNER. | PA0002250632 | 2019 |
| ☐ | Keshet Broadcasting International, Ltd. | Stockholm; audio-visual program / From book by Ester Namidar et al. | V9973D704 | 2019 |
| ☐ | Keshet Broadcasting International, Ltd. | Stray Weeds. | V9956D753 | 2018 |
| ☐ | Keshet Broadcasting International, Ltd. | Stray Weeds; television series. | V9956D752 | 2018 |
| ☐ | Keshet Broadcasting International, Ltd. | Summer of 2014 & 1 other title. | V9963D146 | 2018 |
| ☐ | Keshet Broadcasting International, Ltd. | Wisdom of the crowd / Keshet Broadcasting International, Ltd. | V9932D592 | 2017 |
| ☐ | Keshet Broadcasting Ltd. | Deal With It : 101, RC Chaos in the Hotel. | PA0001874078 | 2013 |
| ☐ | Keshet Broadcasting Ltd. | Deal With It : 102, The Cult. | PA0001883868 | 2013 |
| ☐ | Keshet Broadcasting Ltd. | Deal With It : 103, Shirts Off. | PA0001874081 | 2013 |
| ☐ | Keshet Broadcasting Ltd. | Deal With It : 104, Blind Rose. | PA0001883877 | 2013 |
| ☐ | Keshet Broadcasting Ltd. | Deal With It : 105, Hypnotist. | PA0001883878 | 2013 |
| ☐ | Keshet Broadcasting Ltd. | Deal With It : 106, Nut Job. | PA0001883880 | 2013 |
| ☐ | Keshet Broadcasting Ltd. | "DEAL WITH IT : 202, HEIDI KLUM AND ROMAN ATWOOD & DENNIS ROADY. | PA0001929750 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 203, TOM GREEN AND ILIZA SHLESINGER. | PA0001929808 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | "DEAL WITH IT : 204, ARSENIO HALL AND ALEX MANDEL. | PA0001929763 | 2014 |

| | | | | |
|---|---|---|---|---|
| ☐ | Keshet Broadcasting Ltd. | "DEAL WITH IT : 205, KELLY OSBOURNE AND MOSHE KASHER. | PA0001929764 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | "DEAL WITH IT : 206, KENDALL & KYLIE JENNER AND GARY OWEN. | PA0001929755 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | "DEAL WITH IT : 207, TOM GREEN AND WWE SUPERSTAR THE MIZ. | PA0001929757 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | "DEAL WITH IT : 208, BOB SAGET AND CHUEY MARTINEZ. | PA0001929803 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | "DEAL WITH IT : 209, CHRIS JERICHO AND BILL ENGVALL. | PA0001929807 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 210, HOWIE MANDEL AND KEVIN NEALON. | PA0001929178 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 211, DAVID KOECHNER AND ALEX MANDEL. | PA0001929179 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 212, BILL & GIULIANA RANCIC AND ALEX MANDEL. | PA0001929177 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 213. | PA0001940326 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 214. | PA0001940325 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 215, JERRY O'CONNELL & JEANNIE MAI. | PA0001940307 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 216, KYM WHITLEY & JOSH WOLF. | PA0001940318 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 217, ANDREW BACHELOR 'KING BACH' & ALEX MANDEL. | PA0001940314 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 218, HOWIE MANDEL & JACK OSBOURNE. | PA0001940316 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 219, PENN JILLETTE & JESSIMAE PELUSO. | PA0001951737 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 220, CHUEY MARTINEZ & JOSH MEYERS. | PA0001951730 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 221, MELISSA PETERMAN & SARAH COLONNA. | PA0001951741 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | DEAL WITH IT : 222, MARLON WAYANS & MO MANDEL. | PA0001951738 | 2014 |
| ☐ | Keshet Broadcasting Ltd. | Echo 3. | V15002D776 | 2021 |
| ☐ | Keshet Broadcasting, Ltd | Homeland : a.k.a. Prisoners of war. | V3599D708 | 2011 |
| ☐ | Keshet Broadcasting, Ltd. | Prisoners of war / by Gideon Raff, work for hire. | V3588D180 | 2010 |
| | Keshet Broadcasting Ltd. | RISING STAR. | VA0001899930 | 2013 |
| ☐ | Keshet Broadcasting, Ltd. | Savri Maranan & 1 other title; series / By Rubi Duanias et al. | V9912D616 | 2014 |
| ☐ | Keshet Broadcasting, Ltd. | Traffic light. | V3599D423 | 2011 |

| | | | | |
|---|---|---|---|---|
| ☐ | United King Films | Walk on water / an Eytan Fox film ; director, Eytan Fox. | PA0001316237 | 2004 |
| ☐ | United King Films Distribution 1990, Ltd. | Maktub; motion picture. | V9959D003 | 2018 |
| ☐ | United King Films Distribution 1990, Ltd | Maktub; motion picture/ screenplay / Hanan Savyon & Guy Amir. | V9958D449 | 2018 |