UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

| | |
|---|---|
| UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, AND KESHET BROADCASTING LTD,  :<br><br>Plaintiffs,  :<br><br>-- against --  :<br><br>DOES 1-10, d/b/a **Israeli-tv.com**,  :<br><br>Defendants.  : | Case No. 1:21-cv-11024-AJN<br><br>**[PROPOSED] ORDER TO SHOW CAUSE FOR EXPEDITED DISCOVERY AND ALTERNATIVE SERVICE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## ORDER TO SHOW CAUSE

Pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201(a)(1)(A), N.Y. CPLR § 302, and Fed. R. Civ. Pro. 4(k), Plaintiffs United King Film Distribution Ltd, D.B.S. Satellite Services (1998) Ltd, HOT Communication Systems Ltd, Charlton Ltd, Reshet Media Ltd, and Keshet Broadcasting Ltd (together "**Plaintiffs**")", by their attorneys Kaufman & Kahn, LLP, have moved the Court *ex parte* for an Order Authorizing Expedited Discovery and Alternate Service.  Plaintiffs proceed on the basis that Defendants, as the owners and operators of the website (the "Website") located at the domain www.Israel.TV, are liable for direct, vicarious and contributory copyright infringement because the Website is re-broadcasting and streaming, in the United States, Hebrew-language television and online channels and content owned by Plaintiffs exclusively for broadcasting and streaming in Israel, and because Defendants are circumventing technological measures that effectively control access to Plaintiffs' works.  Details are set forth in the Complaint.

Upon the Court having reviewed the Complaint, the Memorandum of Law, and in support of Plaintiffs' motion Declarations of Mark S. Kaufman dated January 3, 2021, Albertino Matalon, dated January 2, 2021, Eran Presenti dated December 31, 2021, Noy Peretz dated December 30, 2021, Robert Brake dated December 22, 2021, and David Schwegman, Ph.D., dated January 2, 2022:

IT IS HEREBY ORDERED that Plaintiffs' motion for leave to take expedited discovery, prior to a Rule 26(f) conference, is GRANTED. Plaintiff may issue a Rule 45 subpoena to the vendors providing services to the website located at www.israel.tv (the "Website"), including Name.com, Cloudflare, Visa, Amazon.com, Joel Boyle, and Roku (and any other vendor to the Website who become known to Plaintiffs), to obtain the names, addresses, telephone numbers and email addresses of the operator and/or owners of the Website (the "**Defendants**"); and it is further

ORDERED, that Plaintiffs may serve copies of this Order, the Complaint, Summons, and Plaintiff's ex parte application (together with all supporting declarations and other documents) on the Defendants by providing a link to DropBox to a folder containing such court documents, and sending such link to Defendants through the Website's "Contact Us" customer support portal and through the email addresses info@israel.tv and israeltv.com@fab.JewellaPrivacy.com (and also attaching to the email copies of this Order, the Complaint and Summons) and to any other email address that become known to Plaintiffs by means of the above-described expedited discovery or associated with Defendants' business. Plaintiffs shall promptly file proof of such service.

SO ORDERED this ___ day of January, 2022.

_____
Allison J. Nathan, United States District
Judge for the Southern District of New York