# EXHIBIT 2

ISRAEL.TV - Israeli television on the Internet





   









