EXHIBIT 3

ISRAEL.TV - Israeli television on the Internet



ISRAEL .TV

Israeli television on the Internet

enrollment    Login

Israel time: 01:14:23, Thursday 30/12/2021

QUESTIONS AND ANSWERS    APPLICATIONS    PACKAGES AND PRICES    FRONT PAGE

CONTACT US

## Contact Us

**Address**

DigitalSatKey ltd
Cihannüma Mahallesi, Saray Cad
İstanbul-Turkey 34353



**E-mail**

info@israel.tv



**Support chat**

We are here at your service
For your convenience, support for languages: Hebrew, English, and Russian.
To go to a support representative    click here



## Send us a message 

full name

full name

Return email

Return email

Topic

Topic

message

message

Captcha

Captcha

63359

Send



   

MAIN

front page
Packages and prices
Applications
questions and answers
Login
Contact Us
VO LIBRARY

Programs from channels
Israeli series
Israeli films
Children's World
Telenovelas
Docu
Entertainment
SUPPORT CHAT

We are here at your service
For your convenience, support for languages: Hebrew, English, and Russian.
To go to a support representative    click here

Israel tv - Israeli TV on the Internet

