# Mark Kaufman

**From:** John Schexnaydre <jschexnaydre@theproducers.com> on behalf of John Schexnaydre
**Sent:** Tuesday, November 16, 2021 12:07 PM
**To:** Mark Kaufman
**Subject:** Re: Copyright Infringement by Israeltv.com and Israel.TV
**Attachments:** NPRD_REQUEST_FORM - Directnic (1).pdf

Hello Mark,

My apologies for forgetting to include the attachment. Please find the request form attached.

Regards,
John
Jewella Abuse Department

---

**From:** Mark Kaufman <kaufman@kaufmankahn.com>
**Sent:** Tuesday, November 16, 2021 10:51 AM
**To:** John Schexnaydre <jschexnaydre@theproducers.com>
**Cc:** abuse@jewellaprivacy.com <abuse@jewellaprivacy.com>
**Subject:** Re: Copyright Infringement by Israeltv.com and Israel.TV

John:

My clients and I appreciate your prompt response. Please re-transmit with the submission form you referenced but did not attach (at least, as appears on my mobile device).

Thank you,

-Mark

Mark S. Kaufman
Kaufman & Kahn, LLP

10 Grand Central
155 East 44th Street, 19th Floor
New York, NY 10017
Cell: (917) 453-7807


On Nov 16, 2021, at 11:44 AM, John Schexnaydre <jschexnaydre@theproducers.com> wrote:


Hello Mark Kaufman,


Thank you for contacting Jewella Privacy Abuse regarding IsraelTV.com potentially infringing on you or your client's rights.

This domain has privacy to protect our client's information but you can still use the contact email to reach out to the owner of the domain and this should be your first point of contact for any complaints or inquiries regarding the domain: israeltv.com@fab.JewellaPrivacy.com

While that domain is registered through Fabulous, the link and content are not being hosted by Fabulous. Any inquiries regarding the content on IsraelTV.com will need to be addressed to the host. Nameservers typically point to the hosting provider. Name Servers:
cloe.ns.cloudflare.com
oswald.ns.cloudflare.com

Additionally, the domain is redirecting and is not actually hosting any content or infringing on any rights itself. The content is found on israel.tv which is registered through Name.com, Inc.

If you would like to proceed with your request for contact information for IsraelTV.com through Jewella Abuse Department, please fill out the attached form and reply back.


Regards,
John
Jewella Abuse Department

**Original Email Below:**

**From:** Mark Kaufman <kaufman@kaufmankahn.com>
**Sent:** Monday, November 15, 2021 4:34 PM
**To:** abuse@jewellaprivacy.com <abuse@jewellaprivacy.com>
**Subject:** Copyright Infringement by Israeltv.com and Israel.TV

To Jewella Privacy Abuse Department:

We are counsel to Zira (Copyrights on the Internet) Ltd., and its members, the major television production companies and broadcasters of Israel, including among others United King Film Distribution (1990) Ltd., D.B.S. Satellite Services (1998) Ltd. ("YES"), Hot Telecommunication Systems Ltd., and Charlton Ltd.  We have learned that the domain for www.IsraelTV.com (the "Domain") was anonymously registered by Jewella, are infringing upon our clients' copyrights

Letter and exhibits attached.  We look forward to hearing from you.

Thank you,

Mark S. Kaufman
Kaufman & Kahn, LLP
Email:  kaufman@kaufmankahn.com
www.kaufmankahn.com

10 Grand Central
155 East 44th Street, 19th Floor
New York, NY  10017
Mobile:  (917) 453-7807 (BEST, while working remotely)
Tel.:  (212) 293-5556, x 2

This email is intended only for the party to whom it is addressed and may contain privileged or confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this email is prohibited. If you have received this email in error, kindly notify us immediately, return the email to us, and destroy any electronic or other copies of the email (including any notification to us in your "Sent" folder). Thank you in advance for your cooperation and courtesy.