# EXHIBIT 5

Title: Israel TV | TV App | Roku Channel Store | Roku
Link: 12
December 31, 2021    12:29:34



How it works ⌄    What to watch ⌄    Shop products ⌄    Support ⌄    Sign in



# Israel TV

**2.4** ★★★☆☆  134 ratings

[ + Add channel ]    [ Return to all channels ]

Categories:

[ International ]

## Israel TV

*Developed by:*
*LomitosCrew*

Israel TV provides streaming version of over the air content of available israeli TV channels.





