

**Mark Kaufman <kaufman@kaufmankahn.com>**  Apr 8, 2022, 3:07 PM (3 days ago)

to Rupa Shah <rupa_shah@nysd.uscourts.gov>

As you know, we are counsel to plaintiffs in the above case and two other related cases.  Plaintiffs re-filed the proposed orders for default judgment on Wednesday as the Court directed.  Please confirm whether there is anything else necessary to facilitate the Court's signing the orders.

Thank you,

Mark S. Kaufman
Kaufman & Kahn, LLP
Email:  kaufman@kaufmankahn.com
www.kaufmankahn.com

10 Grand Central
155 East 44th Street, 19th Floor
New York, NY  10017
Mobile:  (917) 453-7807
Tel.:  (212) 293-5556, x 2

This email is intended only for the party to whom it is addressed and may contain privileged or confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this email is prohibited. If you have received this email in error, kindly notify us immediately, return the email to us, and destroy any electronic or other copies of the email (including any notification to us in your "Sent" folder). Thank you in advance for your cooperation and courtesy.

On Apr 6, 2022, at 12:14 PM, Rupa Shah <rupa_shah@nysd.uscourts.gov> wrote:

Counselor,

Please re-file the entire document  with the correct exhibits attached for all three cases. Thank you.

**Ms. Rupa Shah**
**Courtroom Deputy to the Honorable Robert W. Lehrburger**
500 Pearl Street, New York, NY 10007
email: rupa_shah@nysd.uscourts.gov
office: (212) 805-0248


**From:** Mark Kaufman <kaufman@kaufmankahn.com>
**Sent:** Wednesday, April 6, 2022 12:16 PM
**To:** Lehrburger NYSD Chambers <Lehrburger_NYSDChambers@nysd.uscourts.gov>
**Cc:** Rupa Shah <rupa_shah@nysd.uscourts.gov>
**Subject:** RE: United King Film Distribution, et al. v. Does 1-10 d/b/a Israel.tv (21-cv-11024-AJN-RWL)

**CAUTION - EXTERNAL:**

Of course.

For 21 cv 11024 (Israel.tv), the correct Exhibit A to the Proposed Default Judgment (ECF Dkt. #34) is ECF Dkt. # 42 (rather than ECF #34-1 or ECF Dkt. # 41). The remaining exhibits are as filed with the Proposed Default Judgment: Exhibit B is ECF Dkt. # 34-002 and Exhibit C is ECF Dkt. #34-3

For 21 cv 11025 (Israeli-tv.com), the Proposed Default Judgment is ECF Dkt. #37, and Exhibits A, B and C to be attached thereto are #s37-1, 37-2 and 37-3.

For 21 cv 11026 (Sdarot.tv), the Proposed Default Judgment is ECF Dkt. #40, and Exhibits A, B and C to be attached thereto are #s40-1, 40-2 and 40-3.

Thank you for your consideration of this matter.

Respectfully submitted,

Mark S. Kaufman
Kaufman & Kahn, LLP
Email: kaufman@kaufmankahn.com
www.kaufmankahn.com

10 Grand Central
155 East 44th Street, 19th Floor
New York, NY  10017
Mobile:  (917) 453-7807
Tel.:  (212) 293-5556, x 2

\<image001.png\>
\<image001.png\>

This email is intended only for the party to whom it is addressed and may contain privileged or confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this email is prohibited. If you have received this email in error, kindly notify us immediately, return the email to us, and destroy any electronic or other copies of the email (including any notification to us in your "Sent" folder). Thank you in advance for your cooperation and courtesy.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Lehrburger NYSD Chambers <Lehrburger_NYSDChambers@nysd.uscourts.gov>
**Sent:** Wednesday, April 6, 2022 11:59 AM
**To:** Mark Kaufman <kaufman@kaufmankahn.com>
**Subject:** RE: United King Film Distribution, et al. v. Does 1-10 d/b/a Israel.tv (21-cv-11024-AJN-RWL)

Good day counselor,

Please e-file your documents on the ECF system. Thank you.

**Ms. Rupa Shah**
**Courtroom Deputy to the Honorable Robert W. Lehrburger**
500 Pearl Street, New York, NY 10007
email: rupa_shah@nysd.uscourts.gov
office: (212) 805-0248