# EXHIBIT A

| Domain | Registrar: | Name Servers: | Registrant Contact | Technical Contact\info |
|---|---|---|---|---|
| www.israel.Tv | Name.com, Inc. abuse@name.com | Name Servers: cloe.ns.cloudflare.com oswald.ns.cloudflare.com Server Type Cloudflare | Domain Protection Services, Inc. PO Box 1769 Denver, CO  80201 | Registry Domain ID: 110126866 DOMAIN TV- |
| www.israeli.tv | Name.com, Inc. abuse@name.com | cloe.ns.cloudflare.com domain 23,288,013 oswald.ns.cloudflare.com Domain  23,288,013 | Domain Protection Services, Inc. PO Box 1769 Denver, CO  80201 | Registry Domain ID: 86518386_DOMAIN_TV- |
| www.israeltv.com | Sea Wasp LLC, d/b/a Fabulous.com URLhttp://www.fabulous.com abuse@fabulous.com | lila.ns.cloudflare.com 172.64.32.186 owen.ns.cloudflare.com 172.64.33.219 | Jewella Privacy Jewella Privacy LLC Privacy ID# 908758 5860 Citrus Blvd, Suite D, #172 Harahan, LA  70123 Phone:+1.5043550545 Email : lsraeltv.com @fab.JewellaPrivacy.com | Name:Jewella Privacy Jewella Privacy LLC Privacy ID# 908758 5860 Citrus Blvd, Suite D, #172 Harahan, LA  70123 Phone:+1.5043550545 Email :  israeltv.com@**fab.JewellaPrivacy.com** |
| www.israel-tv.xyz | NameCheap, Inc. abuse@namecheap.com +1.985-401-4545 | Namecheap, Inc. Dns1.registrar-servers.com 156.154.132.200 dns2.registrar-servers.com 156.154.133.200 | Namecheap, Inc. 4600 East Washington Street, Suite 305 Phoenix, AZ  85034 Attn :  Namecheap Legal Department Legal@namecheap.com Kalkofnsvegur 2 Reykjavik, Iceland  101 | Registry Domain ID: D96078989-CNIC Registrant handle: 9ann260ygljwdrnn |
| https://zira.to | Unknown | | | |
| https://t2m.is.isr | Unknown | | | |
| https://t2m.ac/zira | Unknown | | | Customer service email:  isrtv@pm.me |
| https://cutt.ly/6DDhRau | Unknown | | | |
| https://t2m.ac/cht | Unknown | | | |
| https://israeltv.to | Unknown | | | |
| https://isr.dev | Unknown | | | |