EXHIBIT B

# List of ISPS

| Provider | Est. Population Covered | States | Max Speed |
|---|---|---|---|
| HughesNet | 308,745,538 | 53 | 25 mbps |
| Viasat Internet | 308,511,223 | 51 | 100 mbps |
| AT&T Wireless | 306,461,488 | 53 | 10 mbps |
| Verizon | 305,032,264 | 51 | 10 mbps |
| T-Mobile | 288,319,911 | 51 | 10 mbps |
| AT&T Internet | 121,099,227 | 21 | 940 mbps |
| T-Mobile Home Internet | 120,511,416 | 50 | 115 mbps |
| Ultra Home Internet | 120,511,416 | 50 | 100 mbps |
| Xfinity | 111,927,145 | 40 | 3000 mbps |

| Provider | Subscribers | States | Max Speed |
|---|---|---|---|
| Spectrum | 102,726,027 | 44 | 1000 mbps |
| EarthLink | 99,191,941 | 26 | 940 mbps |
| Cricket Wireless | 94,688,250 | 37 | 6 mbps |
| Metro® by T-Mobile | 54,308,583 | 5 | 1.5 mbps |
| Verizon High Speed Internet | 48,884,813 | 11 | 15 mbps |
| CenturyLink | 48,564,011 | 53 | 940 mbps |
| Verizon Fios | 34,765,005 | 10 | 940 mbps |
| Frontier Communications | 30,535,954 | 25 | 940 mbps |
| U.S. Cellular | 25,083,868 | 19 | 6 mbps |
| Cox Communications | 20,941,074 | 19 | 1000 mbps |
| Rise Broadband | 19,448,012 | 48 | 250 mbps |

| | | | |
|---|---|---|---|
| Windstream | 12,660,437 | 51 | 1000 mbps |
| Optimum by Altice | 11,941,064 | 5 | 1000 mbps |
| King Street Wireless | 7,959,776 | 24 | 1 mbps |
| WOW! | 7,174,627 | 9 | 1000 mbps |
| Suddenlink Communications | 7,020,099 | 17 | 1000 mbps |
| Mediacom Cable | 6,564,176 | 22 | 1000 mbps |
| Etheric Networks | 5,887,782 | 1 | 10000 mbps |
| Starry Internet | 5,444,394 | 7 | 200 mbps |
| Nextlink Internet | 5,396,899 | 7 | 1000 mbps |
| Agile Networks | 5,124,661 | 5 | 100 mbps |
| Metronet | 5,122,649 | 8 | 1000 mbps |

| | | | |
|---|---|---|---|
| Triad Wireless | 4,794,761 | 1 | 300 mbps |
| Wisper ISP | 4,744,766 | 6 | 1000 mbps |
| Consolidated Communications (Formerly Fairpoint Communications) | 4,572,375 | 21 | 1000 mbps |
| RCN | 4,311,158 | 8 | 1000 mbps |
| Sparklight (formerly Cable One) | 4,292,287 | 21 | 1000 mbps |
| C Spire Fiber | 4,215,951 | 10 | 1000 mbps |
| Everywhere Wireless | 3,916,796 | 1 | 1000 mbps |
| UnWired Broadband | 3,823,827 | 1 | 30 mbps |
| TWN Communications | 3,668,658 | 5 | 15 mbps |
| Phoenix Internet | 3,565,037 | 1 | 50 mbps |
| WATCH Communications | 3,462,352 | 4 | 1000 mbps |

| | | | |
|---|---|---|---|
| Ranch Wireless | 3,294,333 | 1 | 25 mbps |
| BarrierFree | 3,030,290 | 1 | 25 mbps |
| Cruzio Internet | 3,024,653 | 1 | 1000 mbps |
| Google Fiber | 2,848,858 | 9 | 2000 mbps |
| TierOne Networks | 2,827,432 | 1 | 5 mbps |
| Ziply Fiber | 2,754,505 | 4 | 100 mbps |
| Nextera Communications | 2,589,030 | 2 | 100 mbps |
| Stimulus Technologies | 2,204,655 | 4 | 1000 mbps |
| Wave Broadband | 2,109,144 | 3 | 1000 mbps |
| TDS Telecom | 2,048,611 | 27 | 1000 mbps |
| Lynx Communications | 1,967,675 | 1 | 200 mbps |

| | | | |
|---|---|---|---|
| Cirra Networks | 1,918,117 | 1 | 50 mbps |
| Atlantic Broadband | 1,897,822 | 13 | 1000 mbps |
| lv.net | 1,878,128 | 1 | 3 mbps |
| Utah Broadband | 1,865,241 | 1 | 60 mbps |
| Brown Dog Networks | 1,832,464 | 1 | 15 mbps |
| ERF Wireless | 1,815,907 | 1 | 0.768 mbps |
| Packet Layer | 1,773,320 | 2 | 10000 mbps |
| Mercury Wireless | 1,771,521 | 5 | 1000 mbps |
| Cal.net | 1,754,125 | 1 | 25 mbps |
| Sonic | 1,696,048 | 1 | 2000 mbps |
| AtLink | 1,691,963 | 1 | 25 mbps |

| | | | |
|---|---|---|---|
| Sky Fiber | 1,629,454 | 3 | 100 mbps |
| Hoosier Broadband | 1,608,106 | 1 | 30 mbps |
| Cellcom | 1,607,399 | 1 | 1000 mbps |
| LTD Broadband | 1,574,180 | 5 | 500 mbps |
| Phoenix Broadband | 1,555,648 | 1 | 20 mbps |
| Cincinnati Bell | 1,518,281 | 18 | 1000 mbps |
| KwiKom Communications | 1,494,126 | 2 | 1000 mbps |
| Aerux Broadband | 1,476,008 | 2 | 10000 mbps |
| Grande Communications | 1,419,741 | 1 | 1000 mbps |
| ZipLink Internet.com | 1,406,552 | 1 | 50 mbps |
| Texas Wireless Internet | 1,329,342 | 1 | 10 mbps |

| | | | |
|---|---|---|---|
| Go Creative Wireless | 1,306,270 | 1 | 100 mbps |
| Vyve Broadband | 1,295,573 | 16 | 1000 mbps |
| Hawaiian Telcom | 1,282,690 | 1 | 1000 mbps |
| Rock Solid Internet & Telephone | 1,279,768 | 1 | 100 mbps |
| Mobi | 1,229,272 | 1 | 0.768 mbps |
| All Points Broadband | 1,199,657 | 4 | 200 mbps |
| Blast Communications | 1,194,172 | 1 | 6 mbps |
| Sinlar Broadband | 1,191,083 | 1 | 3 mbps |
| E-Vergent Wireless | 1,145,741 | 2 | 65 mbps |
| Bluespan | 1,094,904 | 2 | 1000 mbps |
| Fire2Wire | 1,093,271 | 1 | 15 mbps |

| | | | |
|---|---|---|---|
| Cibola Wireless | 1,064,735 | 1 | 50 mbps |
| Armstrong | 1,063,965 | 6 | 1000 mbps |
| North Coast Wireless Communications | 1,056,585 | 1 | 1000 mbps |
| Viaero Wireless | 1,055,202 | 5 | 15 mbps |
| Surf Broadband Solutions | 1,038,470 | 3 | 1000 mbps |
| DigitalPath | 1,033,365 | 2 | 1000 mbps |
| Simply Bits | 1,033,190 | 1 | 100 mbps |
| Argon Technologies | 1,031,005 | 1 | 15 mbps |
| CityLink Telecommunications | 1,006,149 | 1 | 1000 mbps |
| DLS Internet Services | 1,001,690 | 1 | 10 mbps |