EXHIBIT C

**Vendors Providing Services to the Website Located at [www.israel.tv](https://www.israel.tv) (the "Website")**

Google

Mycloud.my

Facebook

Name.com

Cloudflare

Visa

Mastercard

Roku

Apple App Store

Amazon.com App Store

Joel A. Boyle

Jewella Privacy Service, Inc.

# Namecheap, Inc.

Vocalnet.co.UK