```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

| | |
|---|---|
| UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, AND KESHET BROADCASTING LTD, : : : : : | Case Nos. 1:21-cv-11024-KPF-RWL, 1:21-cv-11025-KPF-RWL 1:21-cv-11026-KPF-RWL |
| Plaintiffs, : | **MOTION FOR ATTORNEYS' FEES AND COSTS** |
| -- against -- : | |
| DOES 1-10, d/b/a **Israel.tv,** : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

Plaintiffs United King Film Distribution Ltd, D.B.S. Satellite Services (1998) Ltd, HOT Communication Systems Ltd, Charlton Ltd, Reshet Media Ltd, and Keshet Broadcasting Ltd (together "**Plaintiffs**") by and through their attorneys of record Kaufman & Kahn, LLP, pursuant to the Default Judgment and Permanent Injunction dated April 26, 2022 and filed the same day (in 11-cv-11024, Dkt. #49; in 11-cv-11025, Dkt. #49; and in 11-cv-11026, Dkt. #53) at page 4, hereby move for attorneys' fees and cost incurred in connection with this action, by judgment in favor of Plaintiffs and against Defendants in the amount of $105,700.68, plus interest from April 26, 2022 (the date of the Orders for Default Judgment and Permanent Injunction), and for such other and further relief as the Court may deem just and appropriate.

The declaration of Mark S. Kaufman in support hereof and exhibits thereto is submitted contemporaneously herewith under seal, pursuant to court order (in 11-cv-11024, Dkt. #52; in 11-cv-11025, Dkt. #52; and in 11-cv-11026, Dkt. #56).

Dated: New York, New York
      May 26, 2022

KAUFMAN & KAHN, LLP  
BY: <u>/s/ Mark S. Kaufman</u>  
    Mark S. Kaufman  
10 Grand Central  
155 East 44th Street, 19th Floor  
New York, NY 10017  
Tel.: (212) 293-5556  
Email: kaufman@kaufmankahn.com