# EXHIBIT B



Why Cloudflare    Solutions    Products    Documentation    Pricing    Partners

+44 20 3514 6970 | Support ⌄ | Log In | ⊕ ⌄

🔍        Sign Up        Under Attack?

# A global network built for the cloud

Cloudflare is a global network designed to make everything you connect to the Internet secure, private, fast, and reliable.

- Secure your websites, APIs, and Internet applications.
- Protect corporate networks, employees, and devices.
- Write and deploy code that runs on the network edge.

 What is Cloudflare? (1 min)

Learn More



## Protect and accelerate your websites, apps, and teams.

Get Started Free        Contact Sales

**WHAT'S NEW**

### D1 database

Cloudflare now supports an embedded database to use within the Workers ecosystem, giving developers an easy way to store and access data from their Workers.

Learn More >

### Web3 Gateway early access

Our IPFS and Ethereum gateways eliminate the need for developers to run IPFS nodes or browser integrations when building Web3 applications.

Learn More >

### Keeping tabs on third party client-side security risks

Join this session to learn how Cloudflare can help your business stay safe from malicious third party script security risks.

Register Now >

# Cloudflare is the foundation for your infrastructure, applications, and teams.

Cloudflare secures and ensures the reliability of your external-facing resources such as websites, APIs, and applications. It protects your internal resources such as behind-the-firewall applications, teams, and devices. And it is your platform for developing globally-scalable applications.



**Integrated Security+ Performance**

Deeply integrated products that form a unified control plane.



**Shared Intelligence**

A global cloud network that spans over 270 cities in more than 100 countries.



**Ease of Use**

No code changes required; the Cloudflare dashboard enables quick configuration.



**Programmable Edge**

Augment existing applications or create entirely new ones without configuring or maintaining infrastructure.

EXPLORE OUR PRODUCTS

# The Integrated Global Cloud Network

**Application Services**      Zero Trust Services      Network Services      Developer Platform

## Application Services

Secure and accelerate your apps, APIs, and websites in minutes by pointing your DNS to Cloudflare. Instantly turn on performance and security services.

Learn More ›



CDN

DNS

DDoS protection

Bot Management

Load Balancing

Rate Limiting

WAF

API Protection

## Cloudflare's SASE

Cloudflare One delivers networking and security as one cloud-native architecture

The public Internet is becoming the new corporate network, and that shift calls for a radical reimagining of network security and connectivity. Learn how Cloudflare One makes it easy and intuitive to connect users, build branch office on-ramps, and delegate application access — often in a matter of minutes.

Learn More

## Need help getting started? Get a personalized recommendation.

Answer a Few Easy Questions

CLOUDFLARE FOR INFRASTRUCTURE

## Protect your Internet presence.

Your website, APIs, and applications are your key channels for doing business with your customers and suppliers. As more and more shift online, ensuring these resources are secure, performant and reliable is a business imperative.

Cloudflare for Infrastructure is a complete solution to enable this for anything connected to the Internet.





**Security**

Firewall, DDoS protection, rate limiting, bot management, VPN, and more.

Learn more ›



**Performance**

Intelligent routing, mobile & image optimization, video cache.

Learn more ›

**Reliability**

Load balancing, DNS, virtual backbone.

Learn more ›



ZERO TRUST SERVICES

# Secure your team and devices.

Yesterday's static access controls — and the closed networks they relied upon for trust and verification — are no match for today's open enterprise. Cloudflare replaces legacy security perimeters with our global network, making getting work done on the internet faster and safer for teams.



**Cloudflare Access**

Zero Trust access for all your applications (cloud, on-premise, or SaaS) without a VPN.

Learn more ›



**Cloudflare Gateway**

Secure and inspect corporate internet traffic, without sacrificing performance.

Learn more ›



**Cloudflare Browser Isolation**

Cloudflare Browser Isolation is a browser isolation solution that runs in the cloud away from your networks and endpoints.

Learn more ›

CLOUDFLARE WORKERS

# Build globally scalable applications.

The traditional model of building cloud applications requires you to set up containers and deploy to zones. Should your application or website surge in popularity, you have to manage the scaling process.

Cloudflare Workers changes that. You write the code, and we handle the rest. With serverless functions, storage at the edge, and instant static sites, you can build your applications directly onto our network.

Learn more ›

✓ No servers to maintain

✓ JavaScript, Rust, C, C++

✓ Automatic scaling



FEATURED STORIES

## Your customers are global. Why isn't your network?

**HubSpot**

Learn how HubSpot worked hand-in-hand with Cloudflare to rapidly secure and accelerate thousands of customer domains.

Read more ›

**LendingTree**

Cloudflare helped LendingTree save over $250,000 in just 5 months and reduced Bot attacks by over 70%

Learn more ›

**Thomson Reuters**

FindLaw, a Thomson Reuters business, uses Cloudflare to secure and accelerate thousands of customer sites.

Read more ›

## Trusted by millions of Internet properties

View case studies ›





Why Cloudflare    Solutions    Products    Documentation    Pricing    Partners          🔍     Sign Up    **Under Attack?**

 Cloudflare Named A 2021 Gartner Peer Insights Customers' Choice for Web Application Firewalls  Read the reviews›

# Cloudflare CDN

**A fast, agile, and secure global network**

Cloudflare offers ultra-fast static and dynamic content delivery over our global edge network. Exercise precise control over how your content is cached, reduce bandwidth costs, and take advantage of built-in unmetered DDoS protection.

    

*Already a customer? Activate Today*





### Global Network

Cloudflare has built an expansive global network of data centers that cache static content closer to users, and deliver dynamic content over the fastest and most reliable private backbone links.



### API First

The Cloudflare network is API-first, allowing customers to easily automate workflows with highly granular control over how content is cached and purged. With Cloudflare Workers, customers can easily customize caching based on their application needs.



### Increased Savings

Caching content on the Cloudflare network reduces the need to source content from the origin, reducing costs. Additionally, shared customers of Cloudflare partners are entitled to significantly discounted cloud egress fees with the Bandwidth Alliance.

## Static and Dynamic Content Delivery

Cloudflare supports millions of Internet properties, and intelligently routes content requests on its network along the fastest paths using Argo Smart Routing. Traffic can also be load balanced across multiple origins, using proximity and network latency to determine the most efficient destination for each request.





## Highly Customizable CDN

Cloudflare lets you apply advanced control over how content is cached on its network. Page Rules let you specify particular behavior for individual URLs, including what gets cached and for how long. The Cloudflare Cache API lets customers have more control over how content is cached, and improves cache hit ratios with advanced routing and URL canonicalization.

## Increased bandwidth savings

Caching content on Cloudflare's network reduces the number of requests to an origin by serving static content from a Cloudflare data center, minimizing bandwidth consumption.

Cloudflare offers predictable bandwidth pricing, with no surge pricing when you get attacked. Customers hosting their websites with Cloudflare partners can reduce or completely eliminate data egress costs from their hosting provider to Cloudflare when dynamic content is requested.



## Granular visibility into your cache

Get actionable insights into the caching of your website for a better cache-hit ratio and further drive down your bandwidth costs.



- See exactly what resources on your website are cached and what aren't. Make configuration changes to improve cache-hit ratios.

- Get dashboard views of your website performance based on the Requests served and data transfer to optimize for performance as well as cost-savings.

- Filter by hostnames, or see a list of top URLs that missed cache using intuitive drill-down graphs right from the dashboard.

## The right CDN for video

Cloudflare offers a rich ecosystem of performance and security services tuned specifically for video. Cloudflare's global anycast network ensures fast video delivery, with shorter video startup times and reduced buffering, no matter where your visitors are located. Features such as Concurrent Streaming Acceleration further optimize delivery of live video, even to multiple simultaneous requestors at scale with minimal end-to-end latency.



## Support for HTTP/3

HTTP/3 is the latest generation of the protocol that powers the web. Instead of using TCP as the transport layer, HTTP/3 uses QUIC, a new internet transport protocol which is encrypted by default and helps accelerate delivery of traffic.

Cloudflare's support for HTTP/3 enables faster, more reliable,



## Support for BYOIP

BYOIP (Bring your own IPs) feature allows customers to have their IPs announced by Cloudflare and attached to the Cloudflare services of their choice. This way the internet sees the customer IP addresses and not Cloudflares

- API to toggle on/off an announcement
- Network analytics on IPs
- Ability to map DNS responses to individual domains
- Allows for rotation of IPs as they get blocked



## China Network CDN

Alongside JD Cloud, Cloudflare has launched a network that will grow to 150 mainland China locations by the end of 2023. Not only does this network reduce latency for customers, but it also provides them with a number of built-in application security services.

**Learn more ›**



"We are caching 80% of our traffic on Cloudflare, and saw page load times for both desktop and mobile clients decrease on average by 50% - which was amazing!"

   

David O'Brien
**Digital and eCommerce Manager, YPO**

   

## Key Features

- China support
- Cache tags

- API programmability
- Cac h e control header extensions

✔ Concurrent Streaming Acceleration                    ✔ Web cache deception protection

✔ ETag header support                                  ✔ Cross origin resource sharing (CORS) support

✔ Customizable cache expiration periods (TTL)          ✔ Intelligent traffic routing to avoid congestion and latency

✔ Support for MPEG-DASH, HLS, and CMAF video files     ✔ Fast cache purge



## Cloudflare CDN recognized as a Gartner Peer Insights "Customer's Choice" in 2021 for Global CDN

Learn what enterprise tech professionals love about Cloudflare's global network.

Read the reviews ›

* Gartner Peer Insights reviews constitute the subjective opinions of individual end users based on their own experiences and do not represent the views of Gartner or its affiliates.

**Sales**
Enterprise Sales
Become a Partner
Contact Sales:
+44 20 3514 6970

**Getting Started**
Industry Analysts
Pricing
Case Studies
White Papers
Webinars
Learning Center

**Community**
Community Hub
Blog
Project Galileo
Athenian Project
Cloudflare for Campaigns
Cloudflare TV

**Developers**
Developer Hub
Cloudflare Workers
Integrations

**Support**
Help Center
Cloudflare Status
Compliance
GDPR
Trust & Safety

**Company**
About Cloudflare
Diversity, Equity, & Inclusion
Investor Relations
Our Team
Press
Careers
Cloudflare Connect
Logo
Network Map

©2022 Cloudflare, Inc. | Privacy Policy | Terms of Use | Report Security Issues | Cookie Preferences | Trademark

Chat