# EXHIBIT D



03/28/2022

To Whom It May Concern:

Please find enclosed Cloudflare's response to the disclosure request in Case No. l:21-cv-11024 (AJN) (RWL).  Cloudflare runs a global network that provides security and performance services for Internet facing websites and applications around the world. Please be aware that the majority of websites that use Cloudflare's services use our reverse proxy, pass-through security service.  Due to the pass-through nature of those services, our IP addresses appear in WHOIS and DNS records for those websites. Cloudflare cannot remove content from the Internet that it does not host, and we generally do not collect or keep information regarding the end users of websites using our services. You can find more information about the type of information we collect here.

Subscriber information including name, address, email address, and any other user-provided information are included in the document named:

**user_info.csv**

Should billing information exist, it is included in the document named:

**billing_profile_details.docx**
**basic_billing_info**

Cloudflare's previous third party credit card processor was Recurly. This changed on May 24, 2016. For more details regarding the transactions, please contact Recurly. Recurly's Agent for Service of Process is Isaac Hall, 300 Brannan Street, Suite 608, San Francisco, CA 94107. Cloudflare's previous third party credit card processor is Braintree. This changed on May 24, 2016. Below are transaction details from the Cloudflare's billing interface that connects to Braintree. For more details regarding the transactions (including the full credit card number), please contact Braintree(PayPal) - https://www.paypal.com/us/webapps/mpp/law-enforcement. Cloudflare's current third party credit card processor is Stripe. This changed December 2020. If a paid account has any transaction details, they will be attached in a separate folder. Please note that free accounts will not have any billing records. For more details regarding any transactions (including the full credit card number), please contact Stripe at notices@stripe.com.

The information in the above documents represent all readily accessible data in Cloudflare's possession that is responsive to your request. In some cases, additional and similar usage data related to newer Cloudflare products, notably rate limiting and load balancing, may not be accessible from the search we have conducted. If you have a need for that specific information or have any other questions

or concerns, please feel free to contact Ryan Carter, Trust & Safety Legal Support Manager or Richard Leaning, Director of Outreach at abuse+law@cloudflare.com.

Regards,

David Nguyen
Trust and Safety
Cloudflare, Inc.

2