# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, and KESHET BROADCASTING LTD<br><br>Plaintiff/Petitioner<br>vs.<br>DOES 1-10 d/b/a ISRAEL.TV<br>Defendant/Respondent | Hearing Date: 05/20/2022<br><br>INDEX NO:    1:21-CV-11024-KPF-RWL<br>Index Date:    04/26/2022<br>AFFIDAVIT OF SERVICE OF:<br>COVER LETTER; DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |

Received by **Victor Blama**, on the **29th day of April, 2022 at 7:38 PM** to be served upon **Cloudflare, Inc.** at **101 Townsend Street, San Francisco, San Francisco County, CA 94107**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of May, 2022 at 10:04 AM** at the address of **101 Townsend Street, San Francisco, San Francisco County, CA 94107**, this affiant served the above described documents upon **Cloudflare, Inc.** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**REGISTERED AGENT**, I delivered the documents to REGISTERED AGENT with identity confirmed by will valle- authorized agent,. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on MAY 12, 2022

_____
Victor Blama, Reg. #1153, ALAMEDA COUNTY, CALIFORNIA, CA
ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/24
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW YORK COUNTY OF _____
SWORN TO AND SUBSCRIBED BEFORE ME THIS _____ OF _____ 20___ BY _____ (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

\* see attached California Jurat Certificate

_____
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME
PERSONALLY KNOWN_____ OR PRODUCED IDENTIFICATION_____
TYPE OF IDENTIFICATION PRODUCED_____

Page 1 of 1
FOR: Mark S. Kaufman
REF: REF-2111024 CLOUD

Tracking#: 0086476160

**CALIFORNIA JURAT**     GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Contra Costa__

Subscribed and sworn to (or affirmed) before me on this __12th__ day of __May__, 20__22__, by

(1) __Victor Blama__

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

SYLVIA YOLANDA AVALOS
Notary Public - California
Contra Costa County
Commission # 2269214
My Comm. Expires Dec 29, 2022

Place Notary Seal and/or Stamp Above

---- OPTIONAL ----

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: __Affidavit of Service__

Document Date: __May 12, 2022__     Number of Pages: __1__

Signer(s) Other Than Named Above: _____

©2019 National Notary Association