# EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, and KESHET BROADCASTING LTD**<br>Plaintiff/Petitioner<br><br>vs.<br>**DOES 1-10 d/b/a ISRAEL.TV**<br>Defendant/Respondent | Hearing Date: 05/20/2022<br><br>INDEX NO:   1:21-CV-11024-KPF-RWL<br>Index Date:   04/26/2022<br>AFFIDAVIT OF SERVICE OF:<br>COVER LETTER; DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |

Received by **Robert Jones II**, on the **29th day of April, 2022 at 6:33 PM** to be served upon **Cloudflare, Inc. c/o REGISTERED AGENT SOLUTIONS, INC, REGISTERED AGENT** at **838 WALKER ROAD SUITE 21-2, DOVER, Kent County, DE 80202**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of May, 2022 at 3:45 PM** at the address of **838 WALKER ROAD SUITE 21-2, DOVER, Kent County, DE 80202**, this affiant served the above described documents upon **Cloudflare, Inc. c/o REGISTERED AGENT SOLUTIONS, INC, REGISTERED AGENT** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS: REGISTERED AGENT SOLUTIONS, INC, REGISTERED AGENT, I delivered the documents to REGISTERED AGENT SOLUTIONS, INC, REGISTERED AGENT with identity confirmed by subject reaching for docs when named. The individual accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away). The individual appeared to be a brown-haired black male contact 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs with a beard, glasses and a mustache.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on _____5/3_____, 20 22

_[signature]_
Robert Jones II, DE
ABC Legal Services, LLC
DCA Lic. #1380619 Exp. 02/28/24
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF ~~NEW YORK~~ Delaware COUNTY OF New Castle
SWORN TO AND SUBSCRIBED BEFORE ME THIS __3__ OF May 20 22 BY Robert Jones II (AFFIANT NAME)

_[signature]_
SIGNATURE OF NOTARY PUBLIC

Jessica Meghan Reissig
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN _____ OR PRODUCED IDENTIFICATION ✓
TYPE OF IDENTIFICATION PRODUCED   license

[Notary Seal: JESSICA MEGHAN REISSIG, MY COMMISSION EXPIRES February 6, 2024, NOTARY PUBLIC, STATE OF DELAWARE]

Page 1 of 1
FOR: Mark S. Kaufman
REF: REF-2111024 CLOUD

Tracking#: 0086486441