# EXHIBIT G

# KAUFMAN & KAHN, LLP

April 28, 2022

BY PROCESS SERVER

Cloudflare, Inc.
 c/o Registered Agent Solutions, Inc.        101 Townsend Street
 838 Walker Road, Suite 21-2                 San Francisco, CA  94107
 Dover, DE  19904; and                       Attn:  Legal Department

     Re:    *United King Film Distribution Ltd. v. Does 1-10 d/b/a Israel.tv* (S.D.N.Y. 21-CV-11024-AJN-RWL)

To Cloudflare, Inc.:

     We are counsel for Plaintiffs in the above-referenced, federal lawsuit for copyright infringement against the owners and operators of the website located at Israel.tv (the "Website"). With this letter Cloudflare, Inc. has been served with a Court Order that provides for the following at pages 6-7:

> IT IS FURTHER ORDERED, that third parties providing services used in connection with Defendants' operations -- including, without limitation, ISPs, web hosting providers, CDN service providers, DNS service providers, VPN service providers, domain name purchasing service, domain names privacy service, back-end service providers, affiliate program providers, web designers, shippers, search-based online advertising services… (including without limitation [Cloudflare, Inc. as] set forth in the list annexed and made **Exhibit C** annexed hereto) … -- be and are hereby ***permanently enjoined from providing services to the Website*** (through any of the domain names set forth in **Exhibit A** hereto or at any Newly-Detected Websites) or to any Defendant …

Note that Cloudflare is providing services to the following domains, which link to the infringing Website:

          israel.tv
          Isr.dev
          Israeltv.to
          Israeltv.com
          Israeli.tv

Although you responded to a subpoena regarding the first of the above domains, we are also enclosing a subpoena seeking information regarding the others.

April 28, 2022
-- Page 2 --

    We assume that having received this Order, you do not intend to contribute to the defendants' infringing conduct. Furthermore, during oral argument, Hon. Judge Failla expressly noted that she expects Cloudflare to comply fully with the Court's Order. Please immediately cease providing services to Defendants in compliance with the Order and send a confirming email to the address set forth below.

    Very truly yours,

*Mark S. Kaufman* (signature)

Mark S. Kaufman

cc. (by email): abuse+law@cloudflare.com
                Ryan Carter, Trust & Safety Legal Support Manager, and
                Richard Leaning, Director of Outreach