# EXHIBIT H

| | |
|---|---|
| **From:** | Mark Kaufman |
| **Sent:** | Wednesday, May 11, 2022 6:23 PM |
| **To:** | 'abuse@cloudflare.com' |
| **Subject:** | United King Distribution Ltd., et al. v. Does 1-10 d/b/a Israel.tv (SDNY 21-CV-11024-KPF-RWL) |
| **Attachments:** | Cloudflare.Israel.tv.Aff of Service (corp offices).(served 5-2-2022, unsigned).pdf; Cloudflare.Israel.tv.Aff of Service (Registered Agent Solutions).(served 5-2-2022, signed 5-3-2022).pdf; Order for Default Jt.Israel.tv (4-26-2022).pdf; Cloudflare.Israel.tv.Letter (4-28-2022).pdf |

To Cloudflare:

We are attorneys for plaintiffs in the above case.  On May 2, 2022, you were served at both your registered agent's address and at your corporate offices with the attached cover letter and court order, directing Cloudflare to cease providing services to the owners and operators of www.Israel.tv, which is willfully infringing on the copyrights of movie producers, television stations and sports broadcasting in Israel.  (Affidavits of service, one of which is signed, are annexed hereto.)

Cloudflare to date has not complied with the court order.  Please confirm your intent to do so in the immediate future.

Thank you,
Mark S. Kaufman

Kaufman & Kahn, LLP
Email:  kaufman@kaufmankahn.com
www.kaufmankahn.com

10 Grand Central
155 East 44th Street, 19th Floor
New York, NY  10017
Mobile:  (917) 453-7807
Tel.:  (212) 293-5556, x 2



This email is intended only for the party to whom it is addressed and may contain privileged or confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this email is prohibited. If you have received this email in error, kindly notify us immediately, return the email to us, and destroy any electronic or other copies of the email (including any notification to us in your "Sent" folder). Thank you in advance for your cooperation and courtesy.

| | |
|---|---|
| **From:** | Mark Kaufman |
| **Sent:** | Thursday, May 19, 2022 4:48 PM |
| **To:** | 'abusedocuments@cloudflare.com' |
| **Cc:** | 'registrar-abuse@cloudflare.com' |
| **Subject:** | United King Distribution v. Does 1-10 d/b/a Israel.tv and Sdarot.tv (SDNY 21-cv-11024, -11026) |
| **Attachments:** | Order for Default Jt.Israel.tv (4-26-2022).pdf; Order.Default Injunction.Sdarot (4-26-2022).pdf |

To Cloudflare:

We are attorneys for plaintiffs in the above captioned lawsuits filed in the U.S. District Court for the Southern District of New York.  On April 26, 2022, the court issued orders granting permanent injunctive relief in favor of the plaintiffs (movie, television and sports program producers whose works are being pirated and streamed in real time in the United States).  Such relief included directing Cloudflare to cease providing services to the infringing website located at www.Israel.tv (see attached order in Case No. 21 CV 11024 at Exhibit C) and to transfer domain names for www.Sdarot.tv (see attached order in Case No. 21 CV 11026 at Exhibit A).

The attached orders were served on Cloudflare on or about April 29, 2022 by process server at the addresses for your registered agent for purpose of service of process and at your headquarters in San Francisco. Despite such service, no one has responded to the orders.  Indeed, Cloudflare continues to provide services to Israel.tv, and has failed to transfer the domains for Sdarot.tv to plaintiffs as the orders require.

If you do not provide a substantive respond by May 26, 2022, the plaintiffs are prepared to take action to enforce the attached Orders against Cloudflare.  Cloudflare's failure to respond constitutes contempt of court for which Cloudflare will be held liable to the full extent of the law.  Be reminded that court proceedings are matters of public record.

Thank you,

Mark S. Kaufman
Kaufman & Kahn, LLP
Email:  kaufman@kaufmankahn.com
www.kaufmankahn.com

10 Grand Central
155 East 44th Street, 19th Floor
New York, NY  10017
Mobile:  (917) 453-7807
Tel.:  (212) 293-5556, x 2



This email is intended only for the party to whom it is addressed and may contain privileged or confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this email is prohibited. If you have received this email in error, kindly notify us immediately, return the email to us, and destroy any electronic or other copies of the email (including any notification to us in your "Sent" folder). Thank you in advance for your cooperation and courtesy.