# EXHIBIT A



s:israeltv.se  **Find Problems**

| | Value |
|---|---|
| ar | Sarek |

| | Value |
|---|---|
| | active |
| n | israeltv.se |
| | NJALLA |
| d | 2022-05-27 |
| ed | 2022-05-28 |
| s | 2023-05-27 |
| r | jimmy.ns.cloudflare.com |
| r | vita.ns.cloudflare.com |
| : | unsigned delegation |
| /-lock | unlocked |
| | ok |
| ar | Sarek |

Notice anything incorrect? Please give us f

kup    dns check    mx lookup    spf lookup
ed by se-whois-servers.net on 6/7/2022 at 7:41:09 AM (UTC -5), just for you.



| | | Value |
|---|---|---|
| | ar | Sarek |

| | | Value |
|---|---|---|
| | | active |
| | | israeltv.nu |
| | | NJALLA |
| | | 2022-05-27 |
| | d | 2022-05-28 |
| | | 2023-05-27 |
| | r | jimmy.ns.cloudflare.com 162.159.44.76 |
| | r | vita.ns.cloudflare.com |
| | | unsigned delegation |
| | -lock | unlocked |
| | | ok |
| | ar | Sarek |

Notice anything incorrect? Please give us f

| Type | Domain Name | IP Address |
|---|---|---|
| a:israeltv.nu | **Find Problems** | |
| A | israeltv.nu | 104.21.94.12 Cloudflare, Inc. (AS13335) |
| A | israeltv.nu | 172.67.218.53 Cloudflare, Inc. (AS13335) |

| | Test | Result |
|---|---|---|
| ✓ | DNS Record Published | DNS Recor |

Your DNS hosting provider is "Cloudflare"   Need Bulk Dns Provider Data?

dns check        mx lookup        whois lookup        spf lookup

Reported by **vita.ns.cloudflare.com** on 6/7/2022 at **7:39:56 AM (UTC -5)**, just for you.