| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | x<br>:<br>: | Case No. 1:21-cv-11024-KPF-RWL |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, AND KESHET BROADCASTING LTD,<br><br>Plaintiffs,<br><br>-- against –<br><br>DOES 1-10, d/b/a **Israel.tv**,<br><br>Defendants.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | **DECLARATION OF ERIC T. STRAKA IN SUPPORT OF NON-PARTY CLOUDFLARE, INC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONTEMPT** |

## DECLARATION OF ERIC T. STRAKA

I, Eric T. Straka, declare as follows:

1. I am an attorney at the firm Winston & Strawn LLP, attorneys of record for Cloudflare, Inc. ("Cloudflare") in the above-captioned action. I submit this declaration in support of Cloudflare's Opposition to Plaintiffs' Motion for Contempt. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. On Tuesday, June 14, 2022, I viewed the website www.israel.tv using a web browser. Attached as Exhibit A is a true and correct copy of the content that was displayed at the website.

/ / /

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2022, at San Francisco, California.

                                                                  Eric T. Straka