**THIS WEBSITE IS NO LONGER AVAILABLE DUE TO COPYRIGHT INFRINGEMENT**

On 26 April 2022 the Honorable District Court Judge
KATHERINE POLK FAILLA has issued a judgment

that includes an order to block all access
to this website / service due to copyright infringement

*United King Film Distribution Ltd. v.*

*Does 1-10 d/b/a Israel.tv* (S.D.N.Y. 21-CV-11024-AJN-RWL)

*Does 1-10 d/b/a Sdarot.tv* (S.D.N.Y. 21-CV-11026-AJN-RWL)

*Does 1-10 d/b/a Israeli-tv.com* (S.D.N.Y., Case 1:21-cv-11025-KPF-RWL)

If you were harmed in any way by the Court's decision you may file a motion to the

Federal Court in the Southern District of New York in the above

## אתר זה נחסם בשל הפרת זכויות יוצרים

בהתאם לפסק הדין ולצו בית המשפט הפדרלי בניו יורק

מיום 26.4.2022 במסגרת התיקים הנ״ל

המוצא עצמו נפגע מהחלטת בית המשפט מוזמן לפנות בבקשה מתאימה לבית המשפט הפדרלי במחוז הדרומי של ניו יורק

# [CLICK HERE](https://zirapage.pages.dev/ZiraPage)

To Stream Israeli Content Legally In Your Territory