UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, AND KESHET BROADCASTING LTD,<br><br>                      *Plaintiffs,*<br><br>    v.<br><br>DOES 1-10, d/b/a Israel.tv,<br><br>                      *Defendants.* | Civil Action No. 21-cv-11024 KPF-RWL<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that non-parties the Electronic Frontier Foundation and the Computer & Communications Industry Association, by the accompanying motion pursuant to Federal Rule of Civil Procedure 7(b)(1), request leave to file the accompanying Amicus Curiae Brief of the Electronic Frontier Foundation and the Computer and Communications Industry Association in Support of Non-Party Cloudflare Inc. and in Opposition to Plaintiff's Motion for Contempt. The relief requested is an order granting leave to file the proposed amicus curiae brief accompanying the motion.  Plaintiffs have not consented to the filing of the motion and the brief.

DATED:  June 16, 2022                      Respectfully submitted,

                                               */s/ Mitchell L. Stoltz*
                                               Mitchell L. Stoltz
                                               ELECTRONIC FRONTIER FOUNDATION
                                               815 Eddy Street
                                               San Francisco, CA 94109
                                               Telephone: 415-436-9333
                                               Facsimile:415-436-9993
                                               Email: mitch@eff.org

                                               *Counsel for Electronic Frontier Foundation*

1

Susan V. Metcalfe,
(NY Bar No. 5093455)
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004
Telephone: (717) 951-5653 Facsimile: (202) 318-7707
Email: smetcalfe@potomaclaw.com

*Counsel for Computer & Communications Industry Association*