UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, AND KESHET BROADCASTING LTD,<br><br>*Plaintiffs,*<br><br>v.<br><br>DOES 1-10, d/b/a Israel.tv,<br><br>*Defendants.* | Civil Action No. 21-cv-11024 KPF-RWL<br><br>**[PROPOSED] ORDER ACCEPTING AMICI CURIAE BRIEF FOR FILING** |

The Court, having considered Electronic Frontier Foundation and Computer & Communications Industry Association's Motion for Leave to File Amicus Curiae Brief in Support of Non-Party Cloudflare Inc., and in Opposition to Plaintiff's Motion for Contempt, hereby GRANTS the motion. The Amicus Curiae Brief in Support of Non-Party Cloudflare Inc., and in Opposition to Plaintiff's Motion for Contempt is accepted for filing.

SO ORDERED.

DATED: _____       _____
           New York, New York                   HON. KATHERINE POLK FAILLA
                                                United States District Judge