## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, AND KESHET BROADCASTING LTD,<br><br>*Plaintiffs,*<br><br>v.<br><br>DOES 1-10, d/b/a Israel.tv,<br><br>*Defendants.* | Civil Action No. 21-cv-11024 KPF-RWL<br><br><br>**ORDER ACCEPTING AMICI CURIAE BRIEF FOR FILING** |

The Court, having considered Electronic Frontier Foundation and Computer & Communications Industry Association's Motion for Leave to File Amicus Curiae Brief in Support of Non-Party Cloudflare Inc., and in Opposition to Plaintiff's Motion for Contempt, hereby GRANTS the motion. The Amicus Curiae Brief in Support of Non-Party Cloudflare Inc., and in Opposition to Plaintiff's Motion for Contempt is accepted for filing.

The Clerk of Court is directed to terminate the pending motion at docket entry 85.

SO ORDERED.

DATED:  June 17, 2022
         New York, New York

                                                 HON. KATHERINE POLK FAILLA
                                                 United States District Judge