# EXHIBIT A

**EXHIBIT 2**

Title: israeltv - Israeli TV on the Internet
Link: 11
November 14, 2021 14 :10 :35

ISRAEL.TV - Israeli television on the Internet

enrollment Login

# ISRAEL .TV

Israeli television on the Internet

Israel time: 21:11:15, Sunday 14/11/2021

QUESTIONS AND ANSWERS | APPLICATIONS | PACKAGES AND PRICES | FRONT PAGE

CONTACT US

שאל באופן ישיר! צ'אט מקוון

VOD | radio | TV channels

The most watched series

# ISRAEL .TV

## Israeli channels 100

### Israeli radio 24/7

Live broadcasts of Israeli radio stations known to us and the best in the country. List of stations at the bottom of the page

### VOD Library

Thousands of Israeli movies and series, nostalgia, telenovelas, content for children, entertainment shows and lots of other content are waiting for you at the VOD library

### Recordings up to 14 days back

Automatic recordings of all channels in live broadcasts up to 14 days back, if you missed any of the live broadcasts - there are recordings for that

### Live broadcasts 24/7

Live broadcasts 24/7 All broadcasts from Israel are transmitted to you at the same time

without !obligation

| כולל ספריית V.O.D BEST OFFER Full package | Economical | What is included in the package |
|---|---|---|
| 5 | 2 | View the number of devices simultaneously |
| channels 90 | channels 20 | Several channels are included in the package |
| ✔ | ✘ | Premium channels |
| ✔ | ✘ | HD quality channels |
| ✔ | ✘ | Access to the VOD library |
| ✔ | ✔ | Basic channels |
| ✔ | ✔ | Live broadcasts 24/7 |
| ✔ | ✔ | Recordings up to 14 days back |
| ✔ | ✔ | Israeli radio 24/7 |
| ✔ | ✔ | Unlimited viewing |
| ✔ | ✔ | No obligation and no installation / registration fee |
| ✔ | ✔ | Unsubscribe at any given time and without fees |
| ✘ | ✔ | days trial 3 |
| One month (30 days) - $ 29.99<br>Three months (90 days) - $ 79.99<br>Half year (180 days) - $ 149.99 | days free trial 3 - $ 0<br>One month (30 days) - $ 19.99<br>Three months (90 days) - $ 49.99 | A package purchase is a one-time purchase such as buying a product, the package is not automatically renewed at the end of the package period<br>We do not store credit information in the system<br>The method of payment is by international credit card Visa or MasterCard only. The card should contain 16 digits |

## Channel list A complete package that includes premium channels

Here 11

Ego Total

## Economical package channel list

## List of radio stations

Network c

MAIN

front page
Packages and prices
Applications
questions and answers
Login
Contact Us
VO LIBRARY

Programs from channels
Israeli series
Israeli films
Children's World
Telenovelas
Docu
Entertainment
SUPPORT CHAT

We are here at your service
.For your convenience, support for languages: Hebrew, English, and Russian
To go to a support representative click here

Israel tv - Israeli TV on the Internet

VISA MasterCard LIVE SUPPORT ONLINE

