# EXHIBIT B

Title: israeltv - Israeli TV on the Internet
Link: 06
June 16, 2022 21 :05 :10

https://www.israeltv.bz/he/

israeltv - Israeli TV on the Internet

enrollment Login

ISRAELTV - Israeli television on the Internet

# ISRAEL TV

Israeli television on the Internet

17/06/2022 שישי , Israel time: 04:04:19

CONTACT US | QUESTIONS AND ANSWERS | APPLICATIONS | PACKAGES AND PRICES | FRONT PAGE

VOD | radio | TV channels

News and current affairs

## ISRAEL TV

## Israeli channels 100

**Israeli radio 24/7**
Live broadcasts of Israeli radio stations known to us and the best in the country. List of stations at the bottom of the page

**VOD Library**
Thousands of Israeli movies and series, nostalgia, telenovelas, content for children, entertainment shows and lots of other content are waiting for you at the VOD library

**Recordings up to 14 days back**
Automatic recordings of all channels in live broadcasts up to 14 days back, if you missed any of the live broadcasts - there are recordings for that

**Live broadcasts 24/7**
Live broadcasts 24/7 All broadcasts from Israel are transmitted to you at the same time

| Economical package | כולל ספריית V.O.D — BEST OFFER — Full package | without obligation — What is included in the package |
|---|---|---|
| 2 | 5 | View the number of devices simultaneously |
| channels 20 | channels 90 | Several channels are included in the package |
| ✗ | ✓ | Premium channels |
| ✗ | ✓ | HD quality channels |
| ✗ | ✓ | Access to the VOD library |
| ✓ | ✓ | Basic channels |
| ✓ | ✓ | Live broadcasts 24/7 |
| ✓ | ✓ | Recordings up to 14 days back |
| ✓ | ✓ | Israeli radio 24/7 |
| ✓ | ✓ | Unlimited viewing |
| ✓ | ✓ | No obligation and no installation / registration fee |
| ✓ | ✓ | Unsubscribe at any given time and without fees |
| ✓ | ✗ | days trial 3 |
| One month (30 days) - $ 19.99 | One month (30 days) - $ 29.99 | A package purchase is a one-time purchase such as buying a product, the package is not automatically renewed at the end of the package period• We do not store credit information in the system• The method of payment is by international credit card Visa or MasterCard only. The card should contain 16 digits• |

## Channel list A complete package that includes premium channels

X
Discovery Channel

## Economical package channel list

## List of radio stations

LIVE SUPPORT ONLINE

Israel tv - ישראלית באינטרנט ...
Like Page 10K likes

SUPPORT CHAT
We are here at your service
For your convenience, support for languages: Hebrew, English, Arabic and Russian.
To go to a support representative
click here

VO LIBRARY
Programs from channels
Israeli series
Israeli films
Children's World
Telenovelas
Docu
Entertainment

MAIN
front page
Packages and prices
Applications
questions and answers
Login
Contact Us
Privacy Policy
Terms of service
Terms of Payment









