# EXHIBIT C



Title: Network Tools: DNS,IP,Email
Link: 06
June 16, 2022 21 :00 :08

https://mxtoolbox.com/SuperTool.aspx?action=a:israeltv.la&run=toolpage

Network Tools: DNS,IP,Email LBOX®

Pricing Tools Delivery Center Monitoring Products Support Login

SuperTool MX Lookup Blacklists DMARC Diagnostics Email Health DNS Lookup Analyze Headers All Tools

SuperTool Beta7

israeltv.bz

DNS Lookup

## a:israeltv.bz

Find Problems

a

| Type | Domain Name | IP Address | TTL |
|---|---|---|---|
| A | israeltv.bz | 185.178.208.173<br>DDOS-GUARD LTD (AS57724) | 60 min |

| | Test | Result |
|---|---|---|
| ✔ | DNS Record Published | DNS Record found |

dns check mx lookup whois lookup spf lookup dns propagation

Reported by **ns2.ddos-guard.net** on 6/16/2022 at **6:43:08 PM (UTC -5)**, just for you. Transcript

## a:israeltv.la

**Free** MxToolBox Account
**Get 1 Free Monitor***, Email Notifications and Troubleshooting Info
FREE

**Delivery** Center
Real-time insight into the Email Deliverability of you or your 3rd party senders
PRO

**Blacklist** Monitoring
100+ Blacklist Monitored + Delisting Support
PRO

**MailFlow** Monitoring
Round-trip email server monitoring for latency and email deliverability issues
PRO

**Bulk** Lookup
Run Bulk lists of IPs and Domains Blacklist, MX/NS/A Record, GeoIP, & more data
PRO

Your IP is: 160.79.53.101 | Contact Terms & Conditions Site Map API Privacy Phone: (866)-MXTOOLBOX / (866)-698-6652 | © Copyright 2004-2021, MXToolBox, Inc, All rights reserved.

Title: Network Tools: DNS,IP,Email
Link: 06
June 16, 2022    21 :02 :13

https://mxtoolbox.com/SuperTool.aspx?action=a:israeltv.la&run=toolpage

Network Tools: DNS,IP,Email



Pricing    Tools    Delivery Center    Monitoring    Products    Support    Login

| SuperTool | MX Lookup | Blacklists | DMARC | Diagnostics | Email Health | DNS Lookup | Analyze Headers | All Tools |

## SuperTool Beta7

israeltv.hk          DNS Lookup ▼

**a:israeltv.hk**    Find Problems    a

| Type | Domain Name | IP Address | TTL |
|------|-------------|------------|-----|
| A | israeltv.hk | 104.21.28.30<br>Cloudflare, Inc. (AS13335) | 5 min |
| A | israeltv.hk | 172.67.170.55<br>Cloudflare, Inc. (AS13335) | 5 min |

| | Test | Result |
|---|------|--------|
|  | DNS Record Published | DNS Record found |

Your DNS hosting provider is "Cloudflare"    Need Bulk Dns Provider Data?


**Free MxToolBox Account**
Get 1 Free Monitor*, Email Notifications and Troubleshooting Info


**Delivery Center**
Real-time insight into the Email Deliverability of you or your 3rd party senders


**Blacklist Monitoring**
100+ Blacklist Monitored + Delisting Support

**MailFlow Monitoring**
Round-trip email server monitoring for latency and email deliverability issues


**Bulk Lookup**
Run Bulk lists of IPs and Domains Blacklist, MX/NS/A Record, GeoIP, & more data

Your IP is: 160.79.53.101 |    Contact Terms & Conditions Site Map API Privacy Phone: (866)-MXTOOLBOX / (866)-698-6652 |    © Copyright 2004-2021, MXToolBox, Inc, All rights reserved.

```
Title: Network Tools: DNS,IP,Email
Link: 06
June 16, 2022    21 :01 :33
```

https://mxtoolbox.com/SuperTool.aspx?action=a:israeltv.la&run=toolpage

Network Tools: DNS,IP,Email



Pricing    Tools    Delivery Center    Monitoring    Products    Support             Login

| SuperTool | MX Lookup | Blacklists | DMARC | Diagnostics | Email Health | DNS Lookup | Analyze Headers | All Tools |

## SuperTool Beta7

israeltv.la          [DNS Lookup ▼]

### a:israeltv.la    [Find Problems]        ↻ a

| Type | Domain Name | IP Address | TTL |
|---|---|---|---|
| A | israeltv.la | 172.67.138.129<br>Cloudflare, Inc. (AS13335) | 5 min |
| A | israeltv.la | 104.21.64.254<br>Cloudflare, Inc. (AS13335) | 5 min |

| Test | Result |
|---|---|
| ✓ DNS Record Published | DNS Record found |

Your DNS hosting provider is "Cloudflare"    Need Bulk Dns Provider Data?


Free MxToolBox Account
Get 1 Free Monitor*, Email Notifications and Troubleshooting Info


Delivery Center
Real-time insight into the Email Deliverability of you or your 3rd party senders

Blacklist Monitoring
100+ Blacklist Monitored + Delisting Support


MailFlow Monitoring
Round-trip email server monitoring for latency and email deliverability issues


Bulk Lookup
Run Bulk lists of IPs and Domains Blacklist, MX/NS/A Record, GeoIP, & more data

Your IP is: 160.79.53.101  |  Contact Terms & Conditions Site Map API Privacy Phone: (866)-MXTOOLBOX / (866)-698-6652  |  © Copyright 2004-2021, MXToolBox, Inc, All rights reserved.

```
Title: Network Tools: DNS,IP,Email
Link: 06
June 16, 2022    21 :01 :54
```

https://mxtoolbox.com/SuperTool.aspx?action=a:israeltv.la&run=toolpage

Network Tools: DNS,IP,Email



Pricing    Tools    Delivery Center    Monitoring    Products    Support    |    Login

| SuperTool | MX Lookup | Blacklists | DMARC | Diagnostics | Email Health | DNS Lookup | Analyze Headers | All Tools |

## SuperTool Beta7

**israeltv.nu**    [ DNS Lookup ▼ ]

**a:israeltv.nu**    [ Find Problems ]    ↻ a

| Type | Domain Name | IP Address | TTL |
|---|---|---|---|
| A | israeltv.nu | 104.21.94.12<br>Cloudflare, Inc. (AS13335) | 5 min |
| A | israeltv.nu | 172.67.218.53<br>Cloudflare, Inc. (AS13335) | 5 min |

| Test | Result |
|---|---|
| ✓ DNS Record Published | DNS Record found |

Your DNS hosting provider is "Cloudflare"    Need Bulk Dns Provider Data?



Free MxToolBox Account
Get 1 Free Monitor*, Email Notifications and Troubleshooting Info

Delivery Center
Real-time insight into the Email Deliverability of you or your 3rd party senders

Blacklist Monitoring
100+ Blacklist Monitored + Delisting Support

MailFlow Monitoring
Round-trip email server monitoring for latency and email deliverability issues

Bulk Lookup
Run Bulk lists of IPs and Domains Blacklist, MX/NS/A Record, GeoIP, & more data

Title: Network Tools: DNS,IP,Email
Link: 06
June 16, 2022   21 :00 :42

https://mxtoolbox.com/SuperTool.aspx?action=a:israeltv.la&run=toolpage

Network Tools: DNS,IP,Email



Pricing   Tools   Delivery Center   Monitoring   Products   Support   Login

**SuperTool**  MX Lookup  Blacklists  DMARC  Diagnostics  Email Health  DNS Lookup  Analyze Headers  All Tools

## SuperTool Beta7

israeltv.se    [DNS Lookup ▼]

**a:israeltv.se**   [Find Problems]   ↻ a

| Type | Domain Name | IP Address | TTL |
|------|-------------|------------|-----|
| A | israeltv.se | 172.67.168.69<br>Cloudflare, Inc. (AS13335) | 5 min |
| A | israeltv.se | 104.21.26.118<br>Cloudflare, Inc. (AS13335) | 5 min |

| Test | Result |
|------|--------|
| ✓ DNS Record Published | DNS Record found |

Your DNS hosting provider is "Cloudflare"   Need Bulk Dns Provider Data?

### Free MxToolBox Account
Get 1 Free Monitor*, Email Notifications and Troubleshooting Info

### Delivery Center
Real-time insight into the Email Deliverability of you or your 3rd party senders

### Blacklist Monitoring
100+ Blacklist Monitored + Delisting Support

### MailFlow Monitoring
Round-trip email server monitoring for latency and email deliverability issues

### Bulk Lookup
Run Bulk lists of IPs and Domains Blacklist, MX/NS/A Record, GeoIP, & more data

Your IP is: 160.79.53.101 |  Contact  Terms & Conditions  Site Map  API  Privacy  Phone: (866)-MXTOOLBOX / (866)-698-6652 | © Copyright 2004-2021, MXToolBox, Inc, All rights reserved.