# KAUFMAN & KAHN, LLP

August 25, 2022

BY EMAIL: failla_nysdchambers@nysd.uscourts.gov

Hon. Katherine Polk Failla
U.S. District Court, S.D.N.Y.
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007



MEMO ENDORSED

Re: *United King Distribution v. Does 1-10, d/b/a Israel.tv* (21-cv-11024)

To the Honorable Judge Failla:

We are attorneys for Plaintiffs in the above-captioned case.  This letter is sent by email rather than filed on ECF pursuant to Your Honor's Individual Practices, Rule 2.B. because this is a request to file this letter under seal and the letter contains sensitive or confidential information.

Plaintiffs intend to file a second motion to amend the Default Judgment and Permanent Injunction ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Plaintiffs respectfully request leave to file the motion under seal ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

10 GRAND CENTRAL
155 EAST 44TH STREET, 19TH FLOOR • NEW YORK, NEW YORK  10017
TEL.: (212) 293-5556 x. 2 • CELL: (917) 453–7807
E-MAIL: KAUFMAN@KAUFMANKAHN.COM

August 25, 2022
-- Page 2 --

████████████████████████████████████████████████████████████
████████████████████████████

      Without an order to seal, ███████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████

      Thank you for your consideration of this matter.

                                      Respectfully submitted,
                                      /s/
                                    Mark S. Kaufman

```
Application GRANTED.  For the reasons set forth in the unredacted
version of this letter, emailed to chambers on August 25, 2022,
the Court directs Plaintiffs to file a second motion to amend the
default judgment and permanent injunction under seal.

Dated:     August 26, 2022              SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE