UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, and KESHET BROADCASTING LTD,<br><br>                      Plaintiffs,<br><br>                  -v.-<br><br>DOES 1-10 *d/b/a* ISRAEL.TV,<br><br>                      Defendants. | 21 Civ. 11024 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiffs' proposed Second Motion to Amend Judgment and Permanent Injunction Order and supporting papers.  The Court directs Plaintiffs to file an updated version of the proposed order that is only styled as a Seconded Amended Permanent Injunction Order, because the Court does not believe that it may enter a default judgment against any new entities without a complaint first having been served on them.  The Court also notes that the some of the supporting papers for Plaintiffs' motion (*see, e.g.*, Dkt. #111) are outdated and should be corrected to reflect accurate dates and the new proposed order.  The new proposed order should reference the procedural history of this case, but should not seek default against any new entities and should be clear on this point.

    The Court grants Plaintiffs leave to file the submissions required by this Order under seal, viewable to the Court and parties only.

SO ORDERED.

Dated: August 31, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge