UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     x

UNITED KING FILM DISTRIBUTION LTD, D.B.S.    :
SATELLITE    SERVICES    (1998)    LTD,    HOT
COMMUNICATION    SYSTEMS    LTD,    CHARLTON    :
LTD,    RESHET    MEDIA    LTD,    AND    KESHET
BROADCASTING LTD,                               :

                        Plaintiffs,                      :

        -- against --                               :

DOES 1-10, d/b/a **Israel.tv,**                  :

                Defendants.                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     x

Case No. 1:21-cv-11024-KPF-RWL

**NOTICE OF PLAINTIFFS'
MOTION FOR CONTEMPT
AGAINST MOONPAY**

PLEASE TAKE NOTICE that Plaintiffs United King Film Distribution Ltd, D.B.S. Satellite Services (1998) Ltd, Hot Communication Systems Ltd, Charlton Ltd, Reshet Media Ltd, and Keshet Broadcasting Ltd ("**Plaintiffs**") by its attorneys Kaufman & Kahn, LLP, will move this Court, before the Honorable Judge Katherine Polk Failla, upon the annexed Declaration of Mark S. Kaufman dated November 22, 2022 the Declaration of Omri Gilat dated November 8, 2022, the exhibits thereto, and the accompanying Memorandum of Law, at  the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York 10007, at a date and time to be set by the Court, for an order (a) pursuant to Fed. R. Civ. Pro. Rule 65(d)(2) to compel MoonPay Inc. MoonPay USA LLC and MoonPay SPV GP LLC (together, "**MoonPay**")[1] pursuant to Fed. R. Civ. P. 65(d)(2), for failing to comply with the Court's First Amended Default Judgment and

---

[1] Each of MoonPay Inc., MoonPay USA LLC and MoonPay SPV GP LLC were served with copies of documents in this case.  Counsel responded on behalf of "MoonPay Inc." by emails starting in August 2022. It remains unclear as to what entity owns and operates "MoonPay" at www.moonpay.com. Thus, Plaintiffs bring this motion against all three entities.

Permanent Injunction Order dated July 6, 2022 (the "**First Amended Order**" or "**FAO**") and the Second Amended Permanent Injunction September 8, 2022, ECF Dkt. # 128 (the "**Second Amended Order**" or "**SAO**").

Pursuant to Local Rule 6.1(b), MoonPay shall file any opposition by December 15, 2022, and Plaintiffs shall file their reply if any by December 22, 2022.

Dated: New York, New York
      November 22, 2022

Respectfully submitted,

KAUFMAN & KAHN, LLP

By: /s/ Mark S. Kaufman
Mark S. Kaufman
10 Grand Central
155 East 44th Street, 19th Floor
New York, NY  10017
Tel.: (212) 293-5556
Email:  kaufman@kaufmankahn.com

*Attorneys for the Plaintiffs*