UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, and KESHET BROADCASTING LTD,<br><br>                    Plaintiffs,<br><br>                    -v.-<br><br>DOES 1-10 *d/b/a* ISRAEL.TV,<br><br>                    Defendants. | 21 Civ. 11024 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    As of January 9, 2023, Plaintiffs' motion to compel the MoonPay entities to comply with this Court's Orders was fully briefed. (Dkt. #152). Accordingly, the parties are **ORDERED** to attend a telephonic conference on **March 23, 2023, at 12:00 p.m.** At the designated time, the parties shall call (888) 363-4749, and use access code 5123533. The Court intends to deliver a decision on Plaintiffs' motion at the conference.

    SO ORDERED.

Dated:  March 15, 2023
           New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge