UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED KING FILM DISTRIBUTION LTD, D.B.S.
SATELLITE SERVICES (1998) LTD, HOT
COMMUNICATION SYSTEMS LTD, CHARLTON LTD,
RESHET MEDIA LTD, and KESHET BROADCASTING
LTD,

                              Plaintiffs,

                    -v.-

DOES 1-10 *d/b/a* ISRAEL.TV,

                              Defendants.

21 Civ. 11024 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

The conference scheduled to take place on March 23, 2023, is hereby

**ADJOURNED to April 5, 2023, at 10:15 a.m.**  At the designated time, the

parties are directed to call (888) 363-4749, and use access code 5123533.

        SO ORDERED.

Dated:    March 22, 2023
          New York, New York

                                    KATHERINE POLK FAILLA
                                    United States District Judge